# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DEMETRIUS ANTHONY JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1818

[May 12, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael J. McNicholas, Judge; L.T. Case No. 2016000724CFAXMX.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Pablo I. Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***